# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                : CHAPTER 13

    WILLIAM A. SIMMONS                             : CASE NO. 18-15517 AMC

## ORDER GRANTING EXTENSION OF TIME
## TO FILE SCHEDULES AND STATEMENTS

AND NOW, this _____ day of _____, 2018, upon consideration of the within APPLICATION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS, it is hereby

ORDERED AND DECREED that the said APPLICATION is and it is hereby GRANTED, and the date by which Debtor's must file schedules and statements is extended to September 18, 2018.

BY THE COURT: _____

**Date: September 10, 2018**

UNITED STATES BANKRUPTCY JUDGE