**United States Bankruptcy Court**
**Eastern District of Pennsylvania, Philadelphia Division**

**IN RE:**                                                                                                               Case No. **18-15517**

**Simmons, William A.**                                            Chapter **13**

Debtor(s)

## BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (Note: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A** - GROSS BUSINESS INCOME FOR THE PREVIOUS 12 MONTHS:

1. Gross Income For 12 Months Prior to Filing:          $ _____

**PART B** - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

2. Gross Monthly Income:          $ **6,000.00**

**PART C** - ESTIMATED FUTURE MONTHLY EXPENSES:

3. Net Employee Payroll (Other Than Debtor)       $ _____
4. Payroll Taxes       $ _____
5. Unemployment Taxes       $ _____
6. Worker's Compensation       $ _____
7. Other Taxes       $ _____
8. Inventory Purchases (Including raw materials)       $ _____
9. Purchase of Feed/Fertilizer/Seed/Spray       $ _____
10. Rent (Other than debtor's principal residence)       $ **1,500.00**
11. Utilities       $ **380.00**
12. Office Expenses and Supplies       $ _____
13. Repairs and Maintenance       $ _____
14. Vehicle Expenses       $ _____
15. Travel and Entertainment       $ **50.00**
16. Equipment Rental and Leases       $ _____
17. Legal/Accounting/Other Professional Fees       $ **425.00**
18. Insurance       $ _____
19. Employee Benefits (e.g., pension, medical, etc.)       $ _____
20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify):       $ _____

21. Other (Specify):       $ _____

22. Total Monthly Expenses (Add items 3-21)       $ **2,355.00**

**PART D** - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME

23. **AVERAGE NET MONTHLY INCOME** (Subtract Item 22 from Item 2)       $ **3,645.00**

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)