PA DENT REPAIR
774 SAINT DAVIDS AVENUE
WARMINSTER PA 18974

Payrolls by Paychex, Inc.

WILLIAM A SIMMONS
774 ST DAVIDS AVENUE
WARMINSTER PA 18974

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
William A Simmons
774 St Davids Avenue
Warminster, PA 18974
Soc Sec #: xxx-xx-xxxx     Employee ID: 4

Pay Period: 08/28/18 to 09/03/18
Check Date: 09/07/18     Check #: 5101
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0448 | 175.56 | 4241.69 |
| NET PAY | 175.56 | 4241.69 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 200.00 | | 4850.00 |
| Total Hours | | | | | |
| Gross Earnings | | | 200.00 | | 4850.00 |
| Total Hrs Worked | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 12.40 | 300.70 |
| Medicare | | 2.90 | 70.33 |
| Fed Income Tax | M 4 | | 20.87 |
| PA Income Tax | | 6.14 | 148.91 |
| PA Unemploy | Exempt | | |
| PA LWARM-Buc L | | 1.00 | 19.00 |
| PA WARMN-Buc I | | 2.00 | 48.50 |
| **TOTAL** | | 24.44 | 608.31 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 175.56 | 4241.69 |

Payrolls by Paychex, Inc.

0026 1401-5050  PA Dent Repair • 774 Saint Davids Avenue • Warminster PA 18974 • (215) 252-0083

PA DENT REPAIR
774 SAINT DAVIDS AVENUE
WARMINSTER PA 18974

EE ID: 4        DD

WILLIAM A SIMMONS
774 ST DAVIDS AVENUE
WARMINSTER PA 18974

NON-NEGOTIABLE

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

## PERSONAL AND CHECK INFORMATION

William A Simmons
774 St Davids Avenue
Warminster, PA 18974
Soc Sec #: xxx-xx-xxxx    Employee ID: 4

Pay Period: 02/20/18 to 02/26/18
Check Date: 03/02/18    Check #: 5084

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0448 | 440.40 | 1080.62 |
| NET PAY | 440.40 | 1080.62 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 500.00 | | 1250.00 |
| Total Hours | | | | | |
| Gross Earnings | | | 500.00 | | 1250.00 |
| Total Hrs Worked | | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 31.00 | 77.50 |
| Medicare | | 7.25 | 18.13 |
| Fed Income Tax | M 4 | | 20.67 |
| PA Income Tax | | 15.35 | 38.38 |
| PA Unemploy | Exempt | | |
| PA LWARM-Buc L | | 1.00 | 2.00 |
| PA WARMN-Buc I | | 5.00 | 12.50 |
| TOTAL | | 59.60 | 169.38 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 440.40 | 1080.62 |

0026 1401-5050 PA Dent Repair • 774 Saint Davids Avenue • Warminster PA 18974 • (215) 252-0083

PA DENT REPAIR
774 SAINT DAVIDS AVENUE
WARMINSTER PA 18974

1401-5050
EE ID: 4    DD

WILLIAM A SIMMONS
774 ST DAVIDS AVENUE
WARMINSTER PA 18974

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| William A Simmons | | |
| 774 St Davids Avenue | | |
| Warminster, PA 18974 | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 4 | | |

Pay Period: 04/03/18 to 04/09/18
Check Date: 04/13/18    Check #: 5087

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0448 | 440.40 | 1783.85 |
| NET PAY | 440.40 | 1783.85 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 500.00 | | 2050.00 |
| Total Hours | | | | | |
| Gross Earnings | | | 500.00 | | 2050.00 |
| Total Hrs Worked | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 31.00 | 127.10 |
| Medicare | | 7.25 | 29.73 |
| Fed Income Tax | M 4 | | 20.87 |
| PA Income Tax | | 15.35 | 62.95 |
| PA Unemploy | Exempt | | |
| PA LWARM-Buc L | | 1.00 | 5.00 |
| PA WARMN-Buc I | | 5.00 | 20.50 |
| TOTAL | | 59.60 | 266.15 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 440.40 | 1783.85 |

Payrolls by Paychex, Inc.

0026 1401-5050  PA Dent Repair • 774 Saint Davids Avenue • Warminster PA 18974 • (215) 252-0083

PA DENT REPAIR
774 SAINT DAVIDS AVENUE
WARMINSTER PA  18974

EE ID: 4          DD

WILLIAM A SIMMONS
774 ST DAVIDS AVENUE
WARMINSTER PA  18974

Payrolls by Paychex, Inc.

| PERSONAL AND CHECK INFORMATION | | |
| --- | --- | --- |
| William A Simmons | | |
| 774 St Davids Avenue | | |
| Warminster, PA  18974 | | |
| Soc Sec #: xxx-xx-xxxx     Employee ID: 4 | | |

Pay Period: 03/27/18 to 04/02/18
Check Date: 04/06/18    Check #: 5086

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- |
| Check Amount | 0.00 | 0.00 |
| Chkg 0448 | 131.41 | 1343.45 |
| **NET PAY** | **131.41** | **1343.45** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
| --- | --- | --- | --- | --- | --- | --- |
| | Regular | | | 150.00 | | 1550.00 |
| | Total Hours | | | | | |
| | Gross Earnings | | | 150.00 | | 1550.00 |
| | Total Hrs Worked | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- | --- | --- |
| | Social Security | | 9.30 | 96.10 |
| | Medicare | | 2.18 | 22.48 |
| | Fed Income Tax | M 4 | | 20.87 |
| | PA Income Tax | | 4.61 | 47.60 |
| | PA Unemploy | Exempt | | |
| | PA LWARM-Buc L | | 1.00 | 4.00 |
| | PA WARMN-Buc I | | 1.50 | 15.50 |
| | **TOTAL** | | 18.59 | 206.55 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- |
| | 131.41 | 1343.45 |

Payrolls by Paychex, Inc.

0026 1401-5050  PA Dent Repair • 774 Saint Davids Avenue • Warminster PA  18974 • (215) 252-0083

PA DENT REPAIR
774 SAINT DAVIDS AVENUE
WARMINSTER PA  18974

EE ID: 4          DD

WILLIAM A SIMMONS
774 ST DAVIDS AVENUE
WARMINSTER PA  18974

## PERSONAL AND CHECK INFORMATION

William A Simmons
774 St Davids Avenue
Warminster, PA  18974
Soc Sec #: xxx-xx-xxxx     Employee ID: 4

**Pay Period:** 03/13/18 to 03/19/18
**Check Date:** 03/23/18     **Check #:** 5085

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0448 | 131.42 | 1212.04 |
| NET PAY | 131.42 | 1212.04 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 150.00 | | 1400.00 |
| Total Hours | | | | | |
| Gross Earnings | | | 150.00 | | 1400.00 |
| Total Hrs Worked | | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 9.30 | 86.80 |
| Medicare | | 2.17 | 20.30 |
| Fed Income Tax | M 4 | | 20.87 |
| PA Income Tax | | 4.61 | 42.99 |
| PA Unemploy | Exempt | | |
| PA LWARM-Buc L | | 1.00 | 3.00 |
| PA WARMN-Buc I | | 1.50 | 14.00 |
| **TOTAL** | | 18.58 | 187.96 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 131.42 | 1212.04 |

0026 1401-5050  PA Dent Repair • 774 Saint Davids Avenue • Warminster PA  18974 • (215) 252-0083

PA DENT REPAIR
774 SAINT DAVIDS AVENUE
WARMINSTER PA. 18974

EE ID: 4          DD

WILLIAM A SIMMONS
774 ST DAVIDS AVENUE
WARMINSTER PA  18974

**PERSONAL AND CHECK INFORMATION**
William A Simmons
774 St Davids Avenue
Warminster, PA  18974
Soc Sec #: xxx-xx-xxxx     Employee ID: 4

Pay Period: 08/07/18 to 08/13/18
Check Date: 08/17/18    Check #: 5100
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0448 | 175.56 | 4066.13 |
| NET PAY | 175.56 | 4066.13 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 200.00 | | 4650.00 |
| Total Hours | | | | | |
| Gross Earnings | | | 200.00 | | 4650.00 |
| Total Hrs Worked | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 12.40 | 288.30 |
| Medicare | | 2.90 | 67.43 |
| Fed Income Tax | M 4 | | 20.87 |
| PA Income Tax | | 6.14 | 142.77 |
| PA Unemploy | Exempt | | |
| PA LWARM-Buc L | | 1.00 | 18.00 |
| PA WARMN-Buc I | | 2.00 | 46.50 |
| **TOTAL** | | 24.44 | 583.87 |

| **NET PAY** | THIS PERIOD ($)<br>175.56 | YTD ($)<br>4066.13 |
|---|---|---|

Payrolls by Paychex, Inc.

**0026 1401-5050** PA Dent Repair • 774 Saint Davids Avenue • Warminster PA  18974 • (215) 252-0083

PA DENT REPAIR
774 SAINT DAVIDS AVENUE
WARMINSTER PA 18974

EE ID: 4                    DD

WILLIAM A SIMMONS
774 ST DAVIDS AVENUE
WARMINSTER PA 18974

NON-NEGOTIABLE

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION

William A Simmons
774 St Davids Avenue
Warminster, PA 18974
Soc Sec #: xxx-xx-xxxx    **Employee ID: 4**

Pay Period: 07/31/18 to 08/06/18
Check Date: 08/10/18    Check #: 5099

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0448 | 175.56 | 3890.57 |
| NET PAY | 175.56 | 3890.57 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 200.00 | | 4450.00 |
| Total Hours | | | | | |
| Gross Earnings | | | 200.00 | | 4450.00 |
| Total Hrs Worked | | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 12.40 | 275.90 |
| Medicare | | 2.90 | 64.53 |
| Fed Income Tax | M 4 | | 20.87 |
| PA Income Tax | | 6.14 | 136.63 |
| PA Unemploy | Exempt | | |
| PA LWARM-Buc L | | 1.00 | 17.00 |
| PA WARMN-Buc I | | 2.00 | 44.50 |
| TOTAL | | 24.44 | 559.43 |

### NET PAY

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 175.56 | 3890.57 |

Payrolls by Paychex, Inc.

**0026 1401-5050**  PA Dent Repair • 774 Saint Davids Avenue • Warminster PA 18974 • (215) 252-0083

PA DENT REPAIR
774 SAINT DAVIDS AVENUE
WARMINSTER PA 18974

140-5098
EE ID: 4            DD

Payrolls by Paychex, Inc

Payrolls by Paychex, Inc.

WILLIAM A SIMMONS
774 ST DAVIDS AVENUE
WARMINSTER PA 18974

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
William A Simmons
774 St Davids Avenue
Warminster, PA  18974
Soc Sec #: xxx-xx-xxxx     Employee ID:  4

Pay Period: 07/17/18 to 07/23/18
Check Date: 07/27/18    Check #: 5098
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0448 | 175.56 | 3715.01 |
| **NET PAY** | **175.56** | **3715.01** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 200.00 | | 4250.00 |
| Total Hours | | | | | |
| Gross Earnings | | | 200.00 | | 4250.00 |
| Total Hrs Worked | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 12.40 | 283.50 |
| Medicare | | 2.90 | 61.63 |
| Fed Income Tax | M 4 | | 20.87 |
| PA Income Tax | | 6.14 | 130.49 |
| PA Unemploy | Exempt | | |
| PA LWARM-Buc L | | 1.00 | 16.00 |
| PA WARMN-Buc l | | 2.00 | 42.50 |
| **TOTAL** | | 24.44 | 534.99 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 175.56 | 3715.01 |

Payrolls by Paychex, Inc.

**0026 1401-5050**  PA Dent Repair • 774 Saint Davids Avenue • Warminster PA  18974 • (215) 252-0083

PA DENT REPAIR
774 SAINT DAVIDS AVENUE
WARMINSTER PA  18974

EE ID: 4        DD

WILLIAM A SIMMONS
774 ST DAVIDS AVENUE
WARMINSTER PA  18974

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION

William A Simmons
774 St Davids Avenue
Warminster, PA  18974
Soc Sec #: xxx-xx-xxxx    Employee ID: 4

Pay Period: 06/26/18 to 07/02/18
Check Date: 07/06/18    Check #: 5097

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0448 | 175.56 | 3539.45 |
| NET PAY | 175.56 | 3539.45 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 200.00 | | 4050.00 |
| Total Hours | | | | | |
| Gross Earnings | | | 200.00 | | 4050.00 |
| Total Hrs Worked | | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 12.40 | 251.10 |
| Medicare | | 2.90 | 58.73 |
| Fed Income Tax | M 4 | | 20.87 |
| PA Income Tax | | 6.14 | 124.35 |
| PA Unemploy | Exempt | | |
| PA LWARM-Buc L | | 1.00 | 15.00 |
| PA WARMN-Buc i | | 2.00 | 40.50 |
| **TOTAL** | | **24.44** | **510.55** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 175.56 | 3539.45 |

Payrolls by Paychex, Inc.

0026 1401-5050  PA Dent Repair • 774 Saint Davids Avenue • Warminster PA  18974 • (215) 252-0083

PA DENT REPAIR
774 SAINT DAVIDS AVENUE
WARMINSTER PA 18974

EE ID: 4       DD

Payrolls by Paychex, Inc.

WILLIAM A SIMMONS
774 ST DAVIDS AVENUE
WARMINSTER PA 18974

NON-NEGOTIABLE

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION
William A Simmons
774 St Davids Avenue
Warminster, PA 18974
Soc Sec #: xxx-xx-xxxx     Employee ID: 4

Pay Period: 06/19/18 to 06/25/18
Check Date: 06/29/18     Check #: 5096

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0448 | 175.56 | 3363.89 |
| NET PAY | 175.56 | 3363.89 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 200.00 | | 3850.00 |
| Total Hours | | | | | |
| Gross Earnings | | | 200.00 | | 3850.00 |
| Total Hrs Worked | | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 12.40 | 238.70 |
| Medicare | | 2.90 | 55.83 |
| Fed Income Tax | M 4 | | 20.87 |
| PA Income Tax | | 6.14 | 118.21 |
| PA Unemploy | Exempt | | |
| PA LWARM-Buc L | | 1.00 | 14.00 |
| PA WARMN-Buc I | | 2.00 | 38.50 |
| TOTAL | | 24.44 | 486.11 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 175.56 | 3363.89 |

Payrolls by Paychex, Inc.

0026 1401-5050  PA Dent Repair • 774 Saint Davids Avenue • Warminster PA 18974 • (215) 252-0083

PA DENT REPAIR
774 SAINT DAVIDS AVENUE
WARMINSTER PA 18974

EE ID: 4          DD

WILLIAM A SIMMONS
774 ST DAVIDS AVENUE
WARMINSTER PA 18974

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
William A Simmons
774 St Davids Avenue
Warminster, PA 18974
Soc Sec #: xxx-xx-xxxx    **Employee ID: 4**

**Pay Period:** 06/12/18 to 06/18/18
**Check Date:** 06/22/18    **Check #:** 5095

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0448 | 175.56 | 3188.33 |
| **NET PAY** | **175.56** | **3188.33** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 200.00 | | 3650.00 |
| Total Hours | | | | | |
| Gross Earnings | | | 200.00 | | 3650.00 |
| Total Hrs Worked | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 12.40 | 226.30 |
| Medicare | | 2.90 | 52.93 |
| Fed Income Tax | M 4 | | 20.87 |
| PA Income Tax | | 6.14 | 112.07 |
| PA Unemploy | Exempt | | |
| PA LWARM-Buc L | | 1.00 | 13.00 |
| PA WARMN-Buc I | | 2.00 | 36.50 |
| **TOTAL** | | 24.44 | 461.67 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 175.56 | 3188.33 |

**0026 1401-5050** PA Dent Repair • 774 Saint Davids Avenue • Warminster PA 18974 • (215) 252-0083

PA DENT REPAIR
774 SAINT DAVIDS AVENUE
WARMINSTER PA  18974

1401-5050
EE ID: 4          DD

WILLIAM A SIMMONS
774 ST DAVIDS AVENUE
WARMINSTER PA  18974

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| William A Simmons | | |
| 774 St Davids Avenue | | |
| Warminster, PA  18974 | | |
| Soc Sec #: xxx-xx-xxxx      Employee ID: 4 | | |

Pay Period: 06/05/18 to 06/11/18
Check Date: 06/15/18      Check #: 5094

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0448 | 175.56 | 3012.77 |
| NET PAY | 175.56 | 3012.77 |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 200.00 | | 3450.00 |
| | Total Hours | | | | | |
| | Gross Earnings | | | 200.00 | | 3450.00 |
| | Total Hrs Worked | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 12.40 | 213.90 |
| | Medicare | | 2.90 | 50.03 |
| | Fed Income Tax | M 4 | | 20.87 |
| | PA Income Tax | | 6.14 | 105.93 |
| | PA Unemploy | Exempt | | |
| | PA LWARM-Buc L | | 1.00 | 12.00 |
| | PA WARMN-Buc I | | 2.00 | 34.50 |
| | TOTAL | | 24.44 | 437.23 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 175.56 | 3012.77 |

0026 1401-5050  PA Dent Repair • 774 Saint Davids Avenue • Warminster PA  18974 • (215) 252-0083

PA DENT REPAIR
774 SAINT DAVIDS AVENUE
WARMINSTER PA  18974

1401-5050
EE ID: 4          DD

WILLIAM A SIMMONS
774 ST DAVIDS AVENUE
WARMINSTER PA  18974

NON-NEGOTIABLE

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

## PERSONAL AND CHECK INFORMATION
William A Simmons
774 St Davids Avenue
Warminster, PA  18974
Soc Sec #: xxx-xx-xxxx      Employee ID: 4

Pay Period: 05/29/18 to 06/04/18
Check Date: 06/08/18      Check #: 5093

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0448 | 175.56 | 2837.21 |
| NET PAY | 175.56 | 2837.21 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 200.00 | | 3250.00 |
| Total Hours | | | | | |
| Gross Earnings | | | 200.00 | | 3250.00 |
| Total Hrs Worked | | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 12.40 | 201.50 |
| Medicare | | 2.90 | 47.13 |
| Fed Income Tax | M 4 | | 20.87 |
| PA Income Tax | | 6.14 | 99.79 |
| PA Unemploy | Exempt | | |
| PA LWARM-Buc L | | 1.00 | 11.00 |
| PA WARMN-Buc I | | 2.00 | 32.50 |
| TOTAL | | 24.44 | 412.79 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | 175.56 | 2837.21 |

Payrolls by Paychex, Inc.

**0026 1401-5050**  PA Dent Repair • 774 Saint Davids Avenue • Warminster PA  18974 • (215) 252-0083

PA DENT REPAIR
774 SAINT DAVIDS AVENUE
WARMINSTER PA 18974

EE ID: 4          DD

Payrolls by Paychex, Inc.

WILLIAM A SIMMONS
774 ST DAVIDS AVENUE
WARMINSTER PA 18974

**PERSONAL AND CHECK INFORMATION**
William A Simmons
774 St Davids Avenue
Warminster, PA 18974
Soc Sec #: xxx-xx-xxxx    **Employee ID:** 4

Pay Period: 05/22/18 to 05/28/18
Check Date: 06/01/18    Check #: 5092

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0448 | 175.56 | 2661.65 |
| NET PAY | 175.56 | 2661.65 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 200.00 | | 3050.00 |
| Total Hours | | | | | |
| Gross Earnings | | | 200.00 | | 3050.00 |
| Total Hrs Worked | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 12.40 | 189.10 |
| Medicare | | 2.90 | 44.23 |
| Fed Income Tax | M 4 | | 20.67 |
| PA Income Tax | | 6.14 | 93.65 |
| PA Unemploy | Exempt | | |
| PA LWARM-Buc L | | 1.00 | 10.00 |
| PA WARMN-Buc I | | 2.00 | 30.50 |
| TOTAL | | 24.44 | 388.35 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 175.56 | 2661.65 |

Payrolls by Paychex, Inc.

**0026 1401-5050** PA Dent Repair • 774 Saint Davids Avenue • Warminster PA 18974 • (215) 252-0083

PA DENT REPAIR
774 SAINT DAVIDS AVENUE
WARMINSTER PA 18974

1401-5050
EE ID: 4        DD

WILLIAM A SIMMONS
774 ST DAVIDS AVENUE
WARMINSTER PA 18974

| PERSONAL AND CHECK INFORMATION | | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| William A Simmons | | | | | Regular | | | 200.00 | | 2850.00 |
| 774 St Davids Avenue | | | | | Total Hours | | | | | |
| Warminster, PA 18974 | | | | | Gross Earnings | | | 200.00 | | 2850.00 |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 4 | | | | | Total Hrs Worked | | | | | |

| | | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pay Period: 05/08/18 to 05/14/18 | | | | | Social Security | | | 12.40 | | 176.70 |
| Check Date: 05/18/18    Check #: 5091 | | | | | Medicare | | | 2.90 | | 41.33 |
| NET PAY ALLOCATIONS | | | | | Fed Income Tax | M 4 | | | | 20.87 |
| | | | | | PA Income Tax | | | 6.14 | | 87.51 |
| DESCRIPTION | THIS PERIOD ($) | | YTD ($) | | PA Unemploy | Exempt | | | | |
| Check Amount | 0.00 | | 0.00 | | PA LWARM-Buc L | | | 1.00 | | 9.00 |
| Chkg 0448 | 175.56 | | 2486.09 | | PA WARMN-Buc I | | | 2.00 | | 28.50 |
| NET PAY | 175.56 | | 2486.09 | | | | | | | |
| | | | | | TOTAL | | | 24.44 | | 363.91 |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 175.56 | 2486.09 |

Payrolls by Paychex, Inc.

PA DENT REPAIR
774 SAINT DAVIDS AVENUE
WARMINSTER PA 18974

EE ID: 4          DD

WILLIAM A SIMMONS
774 ST DAVIDS AVENUE
WARMINSTER PA 18974

## PERSONAL AND CHECK INFORMATION

William A Simmons
774 St Davids Avenue
Warminster, PA 18974
Soc Sec #: xxx-xx-xxxx    Employee ID: 4

Pay Period: 05/01/18 to 05/07/18
Check Date: 05/11/18    Check #: 5090

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0448 | 175.56 | 2310.53 |
| NET PAY | 175.56 | 2310.53 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 200.00 | | 2650.00 |
| Total Hours | | | | | |
| Gross Earnings | | | 200.00 | | 2650.00 |
| Total Hrs Worked | | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 12.40 | 164.30 |
| Medicare | | 2.90 | 38.43 |
| Fed Income Tax | M 4 | | 20.87 |
| PA Income Tax | | 6.14 | 81.37 |
| PA Unemploy | Exempt | | |
| PA LWARM-Buc L | | 1.00 | 8.00 |
| PA WARMN-Buc I | | 2.00 | 26.50 |
| TOTAL | | 24.44 | 339.47 |

| NET PAY | THIS PERIOD ($) 175.56 | YTD ($) 2310.53 |
|---|---|---|

Payrolls by Paychex, Inc.

0026 1401-5050  PA Dent Repair • 774 Saint Davids Avenue • Warminster PA 18974 • (215) 252-0083

PA DENT REPAIR
774 SAINT DAVIDS AVENUE
WARMINSTER PA 18974

EE ID: 4          DD

WILLIAM A SIMMONS
774 ST DAVIDS AVENUE
WARMINSTER PA 18974

NON-NEGOTIABLE
NON-NEGOTIABLE
Payrolls by Paychex, Inc.

## PERSONAL AND CHECK INFORMATION

William A Simmons
774 St Davids Avenue
Warminster, PA 18974
Soc Sec #: xxx-xx-xxxx    Employee ID: 4

Pay Period: 04/17/18 to 04/23/18
Check Date: 04/27/18    Check #: 5089

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0448 | 175.56 | 2134.97 |
| NET PAY | 175.56 | 2134.97 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 200.00 | | 2450.00 |
| Total Hours | | | | | |
| Gross Earnings | | | 200.00 | | 2450.00 |
| Total Hrs Worked | | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 12.40 | 151.90 |
| Medicare | | 2.90 | 36.53 |
| Fed Income Tax | M 4 | | 20.87 |
| PA Income Tax | | 6.14 | 75.23 |
| PA Unemploy | Exempt | | |
| PA LWARM-Buc L | | 1.00 | 7.00 |
| PA WARMN-Buc I | | 2.00 | 24.50 |
| TOTAL | | 24.44 | 315.03 |

### NET PAY

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 175.56 | 2134.97 |

PA DENT REPAIR
774 SAINT DAVIDS AVENUE
WARMINSTER PA  18974

1401-5050
EE ID: 4          DD

WILLIAM A SIMMONS
774 ST DAVIDS AVENUE
WARMINSTER PA  18974

| PERSONAL AND CHECK INFORMATION | | |
| --- | --- | --- |
| William A Simmons | | |
| 774 St Davids Avenue | | |
| Warminster, PA  18974 | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 4 | | |

Pay Period: 04/10/18 to 04/16/18
Check Date: 04/20/18    Check #: 5088

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- |
| Check Amount | 0.00 | 0.00 |
| Chkg 0448 | 175.56 | 1959.41 |
| NET PAY | 175.56 | 1959.41 |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
| --- | --- | --- | --- | --- | --- | --- |
| | Regular | | | 200.00 | | 2250.00 |
| | Total Hours | | | | | |
| | Gross Earnings | | | 200.00 | | 2250.00 |
| | Total Hrs Worked | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- | --- | --- |
| | Social Security | | 12.40 | 139.50 |
| | Medicare | | 2.90 | 32.63 |
| | Fed Income Tax | M 4 | | 20.87 |
| | PA Income Tax | | 6.14 | 69.09 |
| | PA Unemploy | Exempt | | |
| | PA LWARM-Buc L | | 1.00 | 6.00 |
| | PA WARMN-Buc l | | 2.00 | 22.50 |
| | TOTAL | | 24.44 | 290.59 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- |
| | 175.56 | 1959.41 |

Payrolls by Paychex, Inc.

**0026 1401-5050**  PA Dent Repair • 774 Saint Davids Avenue • Warminster PA  18974 • (215) 252-0083