## CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor: William Simmons
Chapter 13 Case No.: 18-15517-Amc

I, William Simmons, declare under penalty of perjury that the following information is true and correct:

1. I am the business debtor in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of August, 2018.

3. All of the information in the Monthly Financial Report is complete, true and

   correct to the best of my knowledge, information and belief.

Date: 10-24-2018                                    _____
                                                              Debtor

*YOU ARE REQUIRED TO COMPLETE A MONTHLY FINANCIAL REPORT FOR FIRST MONTH YOU FILED FOR BANKRUPTCY AND RETURN IT IMMEDIATELY WITH THE OTHER ATTACHED PAPERWORK.*

** *YOU ARE ALSO REQUIRED TO FILL OUT MONTHLY FINANCIAL REPORTS FOR EACH AND EVERY MONTH AFTER YOU FILED YOUR PETITION UNTIL YOUR PLAN IS CONFIRMED BY THE COURT. PLEASE MAKE PHOTOCOPIES OF THE ATTACHED MONTHLY FINANCIAL REPORT FORM, AS NEEDED.*

*** *FAILURE TO PROVIDE THE MONTHLY FINANCIAL REPORTS AS STATED ABOVE WILL HOLD UP THE CONFIRMATION OF YOUR CASE AND POSSIBLY CAUSE YOUR CASE TO BE DISMISSED.*

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: William Simmons
Case No: 18-15517 amc
Business Name: Pa Dent Repair LLC
For the Month & Year (1/05, etc.): 08/18

**BUSINESS INCOME:**
| | | |
|---|---|---|
| (1) | Actual Income from Sales & Service | $ 6675.00 |
| (2) | Other (Specify) | $ — |
| (3) | Other (Specify) | $ |
| (4) | Total Actual Income (1+2+3) | $ 6675.00 |

**ACTUAL BUSINESS EXPENSE PAID**
| | | |
|---|---|---|
| (5) | Rent/Lease | $ 1500.00 |
| (6) | Utilities (Electricity, Gas, Water&Sewer) | $ 54.07 |
| (7) | Telephone | $ 132.73 |
| (8) | Insurance | $ 30.54 |
| (9) | Wages for Employees | $ — |
| (10) | Wages for Self/Owner(s) | $ 351.12 |
| (11) | Taxes | $ 81.88 |
| (12) | Gas and Fuel for Business Vehicles | $ 335.41 |
| (13) | Other (Specify) advertising | $ 348.94 |
| (14) | Other (Specify) painting supplies | $ 648.02 |
| (15) | Other (Specify) office supplies | $ 67.57 |
| (16) | Total Actual Business Expenses Paid Or (sum of 5 through 16) | $ 4435.72 |

detailing supplies  $770.33
comp/internet  $22.99
dues, subscriptions  $101.12

| | | |
|---|---|---|
| (17) | Net Business Income/Loss (line 4-Line 16) | $ 2239.28 |
| (18) | Net Wages From Regular Employment-Debtor | $ |
| (19) | Net Wages From Regular Employment-Spouse | $ |
| (20) | Amount Carried Over From Last Month | $ 2075.80 |
| (21) | Total Net Monthly Income (sum of 17 thru 20) | $ 4315.08 |

**PERSONAL**
| | | |
|---|---|---|
| (22) | Rent/Mortgage | $ 2130.91 |
| (23) | Utilities (gas, electric, water, sewer, fuel) | $ 331.63 |
| (24) | Telephone | $ |
| (25) | Food | $ 400.00 |
| (26) | Transportation (fuel, tolls, parking) | $ |
| (27) | Other (specify) child care | $ 75.00 |
| (28) | Other (specify) | $ |
| (29) | Other (specify) | $ |
| (30) | Other (specify) | $ |
| (31) | Other (specify) | $ |
| (32) | Total Actual Personal Expenses Paid (22-31) | $ 2937.54 |

**NET INCOME (LOSS)**
| | | |
|---|---|---|
| (33) | Gross Excess Income (line 21 - line 32) | $ 1377.54 |
| (34) | MONTHLY CHAPTER 13 PLAN PAYMENT | $ 159.46 |
| (35) | Net Excess Income (line 33 - line 34) | $ 1218.08 |

carry amount on line 35 to next month line 20

**EXHIBIT D**

3:16 PM
10/23/18
Accrual Basis

# Pa Dent Repair
## Profit & Loss
### August 2018

|  | Aug 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Labor Income | 6,675.00 |
| **Total Income** | 6,675.00 |
| **Gross Profit** | 6,675.00 |
| **Expense** | |
| Advertising and Promotion | 348.94 |
| Child Care | 75.00 |
| Computer and Internet Expenses | 22.99 |
| Detailing supplies | 770.33 |
| Dues and Subscriptions | 101.12 |
| Health Expense | 40.00 |
| Home Mortgage | 2,130.91 |
| Insurance Expense | |
|   Dental Insurance | 30.54 |
| **Total Insurance Expense** | 30.54 |
| Office Supplies | 67.57 |
| Painting supplies | 648.02 |
| Rent Expense | 1,500.00 |
| transportation | 335.41 |
| Utilities | 1,069.62 |
| **Total Expense** | 7,140.45 |
| **Net Ordinary Income** | -465.45 |
| **Net Income** | **-465.45** |

0026 1401-5050  PA Dent Repair
Run Date 08/08/18  12:52 PM

# CASH REQUIREMENTS

*August*

CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 08/10/18: **$216.50**

## TRANSACTION SUMMARY

### SUMMARY BY TRANSACTION TYPE -

| | |
|---|---:|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 216.50 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | 216.50 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 0.00 |
| CASH REQUIRED FOR CHECK DATE 08/10/18 | 216.50 |

## TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER** - *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---:|---:|
| 08/09/18 | Bank of America | xxxxxxxx0767 | Direct Deposit | Net Pay Allocations | 175.56 | 175.56 |
| | | | | **EFT FOR 08/09/18** | | **175.56** |
| 08/10/18 | Bank of America | xxxxxxxx0767 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 12.40 | |
| | | | | Medicare | 2.90 | |
| | | | | PA Income Tax | 6.14 | |
| | | | | PA L/WARM-Buc TWN LST | 1.00 | |
| | | | | PA WARM-Buc TWN Inc | 2.00 | |
| | | | | Total Withholdings | 24.44 | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 12.40 | |
| | | | | Medicare | 2.90 | |
| | | | | Fed Unemploy | 1.20 | |
| | | | | Total Liabilities | 16.50 | 40.94 |
| | | | | **EFT FOR 08/10/18** | | **40.94** |
| | | | | **TOTAL EFT** | | **216.50** |

0026 1401-5050  PA Dent Repair

# CASH REQUIREMENTS

## CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 08/17/18: $216.50

### TRANSACTION SUMMARY

**SUMMARY BY TRANSACTION TYPE -**

| | |
|---|---:|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 216.50 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | 216.50 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 0.00 |
| CASH REQUIRED FOR CHECK DATE 08/17/18 | 216.50 |

### TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER -** *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---:|---:|
| 08/17/18 | Bank of America | xxxxxxxx0767 | Taxpay® | Net Pay Allocations | | 175.56 |
| | | | | Employee Withholdings | | |
| | | | | Social Security | 12.40 | |
| | | | | Medicare | 2.90 | |
| | | | | PA Income Tax | 6.14 | |
| | | | | PA LWARM-Buc TWN LST | 1.00 | |
| | | | | PA WARMN-Buc TWN Inc | 2.00 | |
| | | | | Total Withholdings | 24.44 | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 12.40 | |
| | | | | Medicare | 2.90 | |
| | | | | Fed Unemploy | 1.20 | |
| | | | | Total Liabilities | 16.50 | |
| | | | | | | 40.94 |
| | | | | **EFT FOR 08/17/18** | | **216.50** |
| | | | | **TOTAL EFT** | | **216.50** |

0026 1401-5050  PA Dent Repair
Run Date 08/16/18  04:32 PM

Period Start - End Date    08/07/18 - 08/13/18
Check Date    08/17/18

Cash Requirements
Page 1 of 1
CASHREQ