## CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor: William Simmons
Chapter 13 Case No.: 18-15517-Amc

I, William Simmons, declare under penalty of perjury that the following information is true and correct:

1. I am the business debtor in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of September, 2018.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

Date: 10-24-2018

_____
Debtor

*YOU ARE REQUIRED TO COMPLETE A MONTHLY FINANCIAL REPORT FOR FIRST MONTH YOU FILED FOR BANKRUPTCY AND RETURN IT IMMEDIATELY WITH THE OTHER ATTACHED PAPERWORK.

** YOU ARE ALSO REQUIRED TO FILL OUT MONTHLY FINANCIAL REPORTS FOR EACH AND EVERY MONTH AFTER YOU FILED YOUR PETITION UNTIL YOUR PLAN IS CONFIRMED BY THE COURT. PLEASE MAKE PHOTOCOPIES OF THE ATTACHED MONTHLY FINANCIAL REPORT FORM, AS NEEDED.

*** FAILURE TO PROVIDE THE MONTHLY FINANCIAL REPORTS AS STATED ABOVE WILL HOLD UP THE CONFIRMATION OF YOUR CASE AND POSSIBLY CAUSE YOUR CASE TO BE DISMISSED.

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

**Debtor Name:** William Simmons
**Case No:** 18-15517-AMC
**Business Name:** PA Dent Repair LLC
**For the Month & Year (1/05, etc.):** 09/18

### BUSINESS INCOME:
(1) Actual Income from Sales & Service  $ 9000.00
(2) Other (Specify)  $ —
(3) Other (Specify)  $ —
(4) **Total Actual Income (1+2+3)**  $ 9000.00

### ACTUAL BUSINESS EXPENSE PAID
(5) Rent/Lease  $ 1500.00
(6) Utilities (Electricity, Gas, Water&Sewer)  $ 1069.62
(7) Telephone  $ included in utilities
(8) Insurance  $ 30.54
(9) Wages for Employees  $ —
(10) Wages for Self/Owner(s)  $ 702.24   → see attached cash requirements
(11) Taxes  $ 163.76
(12) Gas and Fuel for Business Vehicles  $ 272.15
(13) Other (Specify) Advertising  $ 460.35
(14) Other (Specify) Auto part materials  $ 851.46
(15) Other (Specify) detailing supplies  $ 391.19
(16) **Total Actual Business Expenses Paid Or** $ 7382.03
(sum of 5 through 16)

professional fees 1200.00
painting supplies 301.30
dues 137.54
consumables 26.43
internet expense - 22.99
small tools - 37.57
uniforms - 176.79
travel expense - 38.10

(17) Net Business Income/Loss (line 4-Line 16) $ 1617.97
(18) Net Wages From Regular Employment-Deb $ —
(19) Net Wages From Regular Employment-Spc $ —
(20) Amount Carried Over From Last Month  $ 1218.08
(21) **Total Net Monthly Income (sum of 17 thr** $ 2836.05

### PERSONAL
(22) Rent/Mortgage  $ —
(23) Utilities (gas, electric, water, sewer, fuel)  $ included in business utilities
(24) Telephone  $ included in business utilities
(25) Food  $ 400.00
(26) Transportation (fuel, tolls, parking)  $
(27) Other (specify) child care  $ 159.00
(28) Other (specify)  $
(29) Other (specify)  $
(30) Other (specify)  $
(31) Other (specify)  $
(32) **Total Actual Personal Expenses Paid (22** $ 559.00

### NET INCOME (LOSS)
(33) Gross Excess Income (line 21 - line 32)  $ 2277.05
(34) MONTHLY CHAPTER 13 PLAN PAYMENTS $ 159.46
(35) Net Excess Income (line 33 - line 34)  $ 2117.59
*carry amount on line 35 to next month line 20*

**EXHIBIT D**

3:16 PM
10/23/18
Accrual Basis

# Pa Dent Repair
## Profit & Loss
### September 2018

|  | Sep 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Labor Income | 9,000.00 |
| **Total Income** | 9,000.00 |
| **Gross Profit** | 9,000.00 |
| **Expense** | |
| Advertising and Promotion | 460.35 |
| Auto Part Materials | 851.46 |
| Child Care | 159.00 |
| Computer and Internet Expenses | 22.99 |
| Consumables | 26.43 |
| Detailing supplies | 391.19 |
| Dues and Subscriptions | 137.54 |
| Insurance Expense | |
|   Dental Insurance | 30.54 |
| **Total Insurance Expense** | 30.54 |
| Meals and Entertainment | 126.16 |
| Painting supplies | 301.30 |
| Professional Fees | 1,200.00 |
| Rent Expense | 1,500.00 |
| Repairs and Maintenance | 4.21 |
| Small Tools and Equipment | 37.57 |
| transportation | 272.15 |
| Travel Expense | 38.10 |
| Uniforms | 176.79 |
| Utilities | 1,118.49 |
| **Total Expense** | 6,854.27 |
| **Net Ordinary Income** | 2,145.73 |
| **Net Income** | **2,145.73** |

0026 1401-5050  PA Dent Repair

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 09/28/18: $216.50**

## TRANSACTION SUMMARY

**SUMMARY BY TRANSACTION TYPE -**

| | |
|---|---:|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 216.50 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | 216.50 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 0.00 |
| CASH REQUIRED FOR CHECK DATE 09/28/18 | 216.50 |

## TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER -** *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---:|---:|
| 09/27/18 | Bank of America | xxxxxxxx0767 | Taxpay® | Net Pay Allocations | 175.56 | 175.56 |
| | | | | **EFT FOR 09/27/18** | | **175.56** |
| 09/28/18 | Bank of America | xxxxxxxx0767 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 12.40 | |
| | | | | Medicare | 2.90 | |
| | | | | PA Income Tax | 6.14 | |
| | | | | PA LWARM-Buc TWN LST | 1.00 | |
| | | | | PA WARMN-Buc TWN Inc | 2.00 | |
| | | | | Total Withholdings | 24.44 | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 12.40 | |
| | | | | Medicare | 2.90 | |
| | | | | Fed Unemploy | 1.20 | |
| | | | | Total Liabilities | 16.50 | |
| | | | | **EFT FOR 09/28/18** | | **40.94** |
| | | | | **TOTAL EFT** | | **216.50** |

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF -** *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | Period Start - End Date | Check Date | |
|---|---|---|---|---|---:|
| 10/15/18 | Taxpay® | FED IT PMT Group | 09/18/18 - 09/24/18 | 09/28/18 | 122.40 |

0026 1401-5050   PA Dent Repair

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 09/21/18: $216.50**

## TRANSACTION SUMMARY

SUMMARY BY TRANSACTION TYPE -

| | |
|---|---|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 216.50 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | 216.50 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 0.00 |
| CASH REQUIRED FOR CHECK DATE 09/21/18 | 216.50 |

## ELECTRONIC FUNDS TRANSFER - *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

## TRANSACTION DETAIL

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---|---|
| 09/21/18 | Bank of America | xxxxxxxx0767 | Taxpay® | Net Pay Allocations | 175.56 | 175.56 |
| | | | | Employee Withholdings | | |
| | | | | Social Security | 12.40 | |
| | | | | Medicare | 2.90 | |
| | | | | PA Income Tax | 6.14 | |
| | | | | PA LWARM-Buc TWN LST | 1.00 | |
| | | | | PA WARMN-Buc TWN Inc | 2.00 | |
| | | | | Total Withholdings | 24.44 | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 12.40 | |
| | | | | Medicare | 2.90 | |
| | | | | Fed Unemploy | 1.20 | |
| | | | | Total Liabilities | 16.50 | 40.94 |
| | | | | EFT FOR 09/21/18 | | 216.50 |
| | | | | TOTAL EFT | | 216.50 |

0026 1401-5050  PA Dent Repair
Run Date 09/20/18  03:20 PM

Period Start - End Date   09/11/18 - 09/17/18
Check Date   09/21/18

Cash Requirements
Page 1 of 1
CASHREQ

0026 1401-5050  PA Dent Repair

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 09/14/18: $216.50**

## TRANSACTION SUMMARY

**SUMMARY BY TRANSACTION TYPE -**

| | |
|---|---:|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 216.50 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | 216.50 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 0.00 |
| CASH REQUIRED FOR CHECK DATE 09/14/18 | 216.50 |

## TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER -** *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---:|---:|
| 09/14/18 | Bank of America | xxxxxxxx0767 | Taxpay® | Net Pay Allocations | | 175.56 |
| | | | | Employee Withholdings | | |
| | | | | Social Security | 12.40 | |
| | | | | Medicare | 2.90 | |
| | | | | PA Income Tax | 6.14 | |
| | | | | PA LWARM-Buc TWN LST | 1.00 | |
| | | | | PA WARMN-Buc TWN Inc | 2.00 | |
| | | | | **Total Withholdings** | | 24.44 |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 12.40 | |
| | | | | Medicare | 2.90 | |
| | | | | Fed Unemploy | 1.20 | |
| | | | | **Total Liabilities** | 16.50 | 40.94 |
| | | | | **EFT FOR 09/14/18** | | 216.50 |
| | | | | **TOTAL EFT** | | 216.50 |

0026 1401-5050  PA Dent Repair
Run Date 09/13/18  11:48 AM

Period Start - End Date  09/04/18 - 09/10/18
Check Date  09/14/18

Cash Requirements
Page 1 of 1
CASHREQ

0026 1401-5050  PA Dent Repair

# CASH REQUIREMENTS

## CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 09/07/18: $216.50

### TRANSACTION SUMMARY

**SUMMARY BY TRANSACTION TYPE -**

| | |
|---|---:|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 216.50 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | 216.50 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 0.00 |
| CASH REQUIRED FOR CHECK DATE 09/07/18 | 216.50 |

### TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER -** *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---:|---:|
| 09/06/18 | | | | | | |
| | Bank of America | xxxxxxxx0767 | Taxpay® | Net Pay Allocations | 175.56 | 175.56 |
| | | | | **EFT FOR 09/06/18** | | **175.56** |
| 09/07/18 | | | | | | |
| | Bank of America | xxxxxxxx0767 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 12.40 | |
| | | | | Medicare | 2.90 | |
| | | | | PA Income Tax | 6.14 | |
| | | | | PA LWARM-Buc TWN LST | 1.00 | |
| | | | | PA WARMN-Buc TWN Inc | 2.00 | |
| | | | | **Total Withholdings** | 24.44 | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 12.40 | |
| | | | | Medicare | 2.90 | |
| | | | | Fed Unemploy | 1.20 | |
| | | | | **Total Liabilities** | 16.50 | |
| | | | | **EFT FOR 09/07/18** | | **40.94** |
| | | | | | | 40.94 |
| | | | | **TOTAL EFT** | | **216.50** |

0026 1401-5050  PA Dent Repair
Run Date 09/05/18 01:52 PM

Period Start - End Date  08/28/18 - 09/03/18
Check Date  09/07/18

Cash Requirements
Page 1 of 1
CASHREQ