# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-15517-AMC

WILLIAM A SIMMONS

774 SAINT DAVIDS AVE

WARMINISTER, PA 18974-2564

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    WILLIAM A SIMMONS

    774 SAINT DAVIDS AVE

    WARMINISTER, PA 18974-2564

**Counsel for debtor(s), by electronic notice only.**
    CAROL B MCCULLOUGH
    65 W STREET RD
    SUITE A-204
    WARMINISTER, PA 18974-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 11/8/2018

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee