United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 18-15517-amc
William A. Simmons                                                  Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: John              Page 1 of 1         Date Rcvd: Nov 08, 2018
                             Form ID: 152            Total Noticed: 12
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
db              William A. Simmons,    774 Saint Davids Avenue,    Warminster, PA  18974-2564
14189073       +BAYVIEW LOAN SERVICING, LLC,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14188019        Cavalry SPV, LLC,    c/o apothaker & associates, p.c.,    520 Fellowship Rd Ste C306,
                 Mount Laurel, NJ   08054-3410
14207145       +McCullough Eisenbeg, LLC.,    65 West Street Road,    Suite A-204,    Warminster Pa 18974-3229
14207146       +McCullough Eisenberg, LLC.,    65 West Street Road,    Suite A-204,    Warminster Pa 18974-3229
14199048        Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 09 2018 02:47:16      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 09 2018 02:46:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 09 2018 02:47:13      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14217262       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 09 2018 02:47:14
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
14207275       +E-mail/Text: bankruptcy@cavps.com Nov 09 2018 02:47:09      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14220979        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2018 02:49:12
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14188018         18-15517
14207276*       +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
              CAROL B. MCCULLOUGH    on behalf of Debtor William A. Simmons mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: William A. Simmons
    Debtor(s)

Case No: 18−15517−amc
Chapter: 13

___

## *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 12/11/18 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107


For The Court

Timothy B. McGrath
Clerk of Court

29 − 11
Form 152