## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

WILLIAM SIMMONS : CASE NO. 18-15517 AMC

### AMENDED OBJECTION TO THE NOTICE OF MORTGAGE PAYMENT CHANGE

AND NOW, this 13TH day of August 2019, Debtor(s) hereby object(s) to the Notice of Mortgage Payment Change filed on and behalf of **BAYVIEW LOAN SERVICING** for the following reasons:

1. The debtor filed for bankruptcy on August 21, 2018.

2. The meeting of creditors was held and concluded on October 31, 2018.

3. On June 27, 2019, Bayview Loan Servicing, thru their attorney filed a Motion for Relief. The hearing was scheduled for July 23, 2019.

4. On July 16, 2019, counsel for debtor emailed proof of all current mortgage payments, statements showing the correct payment amount of $1,540.92 and proof of a loan modification to counsel for Bayview Loan Servicing.

5. Counsel for Bayview advised that Bayview needed time to review the information.

6. Therefore the motion for relief was continued to August 20, 2019 so Bayview could review the loan modification documents provided by debtors' counsel.

7. The motion for relief was continued to August 20, 2019.

8. On August 9, 2019, Counsel for Bayview Loan Servicing filed a Notice of Payment Change showing a new monthly mortgage payment of $1,753.22.

9. The Notice of Payment Change filed is inaccurate and contradicts the loan

modification documents.

10. The loan modification paperwork and a copy of the Notice of Payment Change are attached hereto.

WHEREFORE, Debtor(s) ask(s) this Honorable Court to deny the Notice of Payment Change of **BAYVIEW LOAN SERVICING.**

Respectfully submitted:

Stuart A. Eisenberg, Esquire, I.D. 12433
Carol B. McCullough, Esquire, I.D. 56424
MCCULLOUGH EISENBERG, L.L.C.
65 West Street Road, Suite A-204
Warminster, PA 18974
Tel. 1-215-957-6411
Fax 1-215-957-9140