*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: William A. Simmons
    Debtor(s)

Case No: 18–15517–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Amended Objection to the Notice of Mortgage Payment Change filed on August 9, 2019 by Bayview Loan Servicing, LLC.

on: 9/17/19

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  8/21/19

Timothy B. McGrath
Clerk of Court