# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| William A. Simmons <br> <u>Debtor</u> <br><br> BAYVIEW LOAN SERVICING, LLC <br> <u>Movant</u> <br> vs. <br><br> William A. Simmons <br> <u>Debtor</u> <br><br> Tanya M. Simmons <br> <u>Co-Debtor</u> <br><br> William C. Miller Esq. <br> <u>Trustee</u> | CHAPTER 13 <br> BK NO: 18-15517 AMC |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to November 22, 2019.

By the court:

_____
United States Bankruptcy Judge

Dated: **October 24, 2019**