# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 18-15517-ELF

WILLIAM A SIMMONS

774 SAINT DAVIDS AVE

WARMINISTER, PA 18974-2564

Debtor

## <u>CERTIFICATE OF SERVICE</u>

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

WILLIAM A SIMMONS

774 SAINT DAVIDS AVE

WARMINISTER, PA 18974-2564

Counsel for debtor(s), by electronic notice only.

CAROL B MCCULLOUGH
65 W STREET RD
SUITE A-204
WARMINISTER, PA 18974-

Date: 8/27/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee