# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                            Chapter 13

                            Bankruptcy No. 18-15517-ELF

WILLIAM A SIMMONS

774 SAINT DAVIDS AVE

WARMINISTER, PA 18974-2564

        Debtor

## <u>CERTIFICATE OF SERVICE</u>

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

    Debtor(s), at the address listed, by first class mail.

WILLIAM A SIMMONS

774 SAINT DAVIDS AVE

WARMINISTER, PA 18974-2564

Counsel for debtor(s), by electronic notice only.

CAROL B MCCULLOUGH
65 W STREET RD
SUITE A-204
WARMINISTER, PA 18974-

Date: 8/20/2021

                                   /S/ William C. Miller

                                 _____

                                 William C. Miller, Esquire
                                 Chapter 13 Standing Trustee