UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                                                   CASE NO.: 18-15517-elf
                                                                                              **CHAPTER 13**

**William A. Simmons,**
   **Debtor.**

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Authorized Agent for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112

By: /s/Charles Wohlrab
    Charles Wohlrab, Esq.
    Email: CWohlrab@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 16, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

WILLIAM A. SIMMONS
774 SAINT DAVIDS AVENUE
WARMINSTER, PA 18974-2564

And via electronic mail to:

MCCULLOUGH EISENBERG, LLC
65 W. STREET ROAD, SUITE A-204
WARMINISTER, PA 18974

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE 1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE 200 CHESTNUT STREET SUITE 502
PHILADELPHIA, PA 19106

By: /s/ Brianna Carr