Certificate Number: 15317-PAE-DE-037725610

Bankruptcy Case Number: 18-15517



15317-PAE-DE-037725610

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 31, 2023, at 10:03 o'clock AM PDT, William Simmons completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 31, 2023

By: /s/Maricris Uyanib

Name: Maricris Uyanib

Title: Counselor