# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: William A. Simmons, | : | Chapter 13 |
| Debtor. | : | Bky. No. 18-15517 (PMM) |

-------------------------------------------------------------------------------------------

## O R D E R

**AND NOW,** upon consideration of the Motion for Relief from Stay filed by U.S. Bank Trust (doc. # 98, the "Motion") and the response thereto (doc. #105);

**AND** the Debtor having received a bankruptcy discharge on October 19, 2023 (doc. # 106);

**AND** the automatic stay terminating upon entry of discharge. See, e.g., In re Carnegie, 621 B.R. 392 (Bankr. M.D.N.C. 2020);

It is hereby **ORDERED** that the Motion is **DENIED AS MOOT**.

**Date: November 15, 2023**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**